1  MICHAEL J. STORTZ (SBN 139386)
   michael.stortz@dbr.com
2  MATTHEW J. ADLER (SBN 273147)
   matthew.adler@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:     (415) 591-7500
5  Facsimile:     (415) 591-7510

6  SEAMUS C. DUFFY (*pro hac vice*)
   seamus.duffy@dbr.com
7  MICHAEL W. MCTIGUE JR. (*pro hac vice*)
   michael.mctigue@dbr.com
8  MICHAEL P. DALY (*pro hac vice*)
   michael.daly@dbr.com
9  MEREDITH C. SLAWE (*pro hac vice*)
   meredith.slawe@dbr.com
10 DRINKER BIDDLE & REATH LLP
   One Logan Square, Ste. 2000
11 Philadelphia, PA  19103-6996
   Telephone:     (215) 988-2700
12 Facsimile:     (215) 988-2757

13 Attorneys for Defendants
   COMCAST CORPORATION and COMCAST
14 CABLE COMMUNICATIONS, LLC

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19

| | |
|---|---|
| DAN ADKINS and CHRISTOPHER ROBERTSON,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, LLC,<br><br>　　　　　Defendants. | Case No. 3:16-cv-05969-VC<br><br>**JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil Local Rule 3-12(b)) |

JOINT ADMINISTRATIVE MOTION TO RELATE CASES    - 1 -    CASE NO. 3:16-CV-05969-VC

# I.

# INTRODUCTION

Pursuant to Civil Local Rules 3-12 and 7-11, the parties jointly move for an order relating the newly-removed action of *Charles Tillage, et al. v. Comcast Corporation, et al.*, No. 3:17-cv-06477-LB ("*Tillage* action") to the present action ("*Adkins* action").

# II.

# STATEMENT OF RELATIONSHIP BETWEEN ACTIONS

Local Rule 3-12(a) defines actions as related to one another when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

The parties agree that the *Tillage* action should be related to the *Adkins* action. Defendants are the same in both actions, and Plaintiffs in both actions are represented by the same counsel. Further, the two Plaintiffs in *Adkins* are also Plaintiffs in *Tillage*. Both this action and the *Tillage* action assert claims arising under California statutes and for breach of contract concerning the disclosure of Comcast's Broadcast TV and Regional Sports Fees. As such, the two actions "concern substantially the same parties, property, transaction or event." L.R. 3-12(a)(1).

Given the overlapping parties, counsel, and claims, it also appears "likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." L.R. 3-12(a)(2). Accordingly, the two actions should be deemed related within the meaning of Local Rule 3-12(a). As this action was first-filed, the parties respectfully request that the *Tillage* action be reassigned from Magistrate Judge Beeler to District Judge Chhabria.

## III.

## CONCLUSION

For the foregoing reasons, the Court should grant this joint Motion, deem the *Tillage* action related to this action, and order the *Tillage* action reassigned to District Judge Chhabria.

Dated: November 9, 2017          DRINKER BIDDLE & REATH LLP

By: /s/ Michael J. Stortz
  Michael J. Stortz
  Matthew J. Adler

Attorneys for Defendants
COMCAST CORPORATION and COMCAST
CABLE COMMUNICATIONS, LLC

Dated: November 9, 2017          HATTIS LAW

By: /s/ Daniel M. Hattis
  Daniel M. Hattis

Attorneys for Plaintiffs
DAN ADKINS and CHRISTOPHER ROBERTSON

### Attestation Pursuant to Civil Local Rule 5-1(i)

Pursuant to Civil Local Rule 5-1(i), I, Michael J. Stortz, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of November, 2017, in San Francisco, CA.

/s/ Michael J. Stortz
Michael J. Stortz

### [~~PROPOSED~~] ORDER

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated: November 13, 2017

Hon. Vince Chhabria
UNITED STATES DISTRICT JUDGE