UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TILLAGE, et al.,<br>    Plaintiffs,<br>v.<br>COMCAST CORPORATION, et al.,<br>    Defendants. | Case No. 17-cv-06477-VC<br><br>**ORDER GRANTING MOTION TO STAY PENDING APPEAL**<br>Re: Dkt. No. 43 |

Comcast's motion to stay the Tillage case pending appeal is granted. The parties should, however, proceed with discovery to the extent that the discovery would be relevant to the arbitration of the individual plaintiffs' cases. In the event the Ninth Circuit upholds this Court's order denying Comcast's motion to compel arbitration, a schedule will be set that assumes the parties were diligent about conducting this discovery.

**IT IS SO ORDERED.**

Dated: March 13, 2018

VINCE CHHABRIA
United States District Judge