Michael W. Sobol (SBN 194857)
Roger N. Heller (SBN 215348)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
Email:    msobol@lchb.com
Email     rheller@lchb.com

Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
HATTIS & LUKACS
400 108th Ave. NE, Suite 500
Bellevue, WA  98004
Telephone:  (425) 233-8650
Facsimile:  (425) 412-7171
Email:  dan@hattislaw.com
Email:  pkl@hattislaw.com

*Attorneys for Plaintiffs*
CHARLES TILLAGE and JOSEPH LOOMIS

Michael J. Stortz (SBN 139386)
Marshall L. Baker (SBN 300987)
AKIN GUMP STRAUSS HAUER &
FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Email: mstortz@akingump.com
Email: mbaker@akingump.com
Telephone: 415.765.9500
Facsimile: 415.765.9501

Seamus C. Duffy (*pro hac vice*)
Julie A. Busta (*pro hac vice*)
AKIN GUMP STRAUSS HAUER &
FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
Email: sduffy@akingump.com
Email: jbusta@akingump.com
Telephone: 215.965.1200
Facsimile: 215.965.1210

*Attorneys for Defendants*
COMCAST CORPORATION and
COMCAST CABLE
COMMUNICATIONS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES TILLAGE and JOSEPH LOOMIS, Individually, As Private Attorneys General, and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION; and COMCAST CABLE COMMUNICATIONS, LLC, and DOES 1-20, inclusive <br><br> Defendants. | Case No.  3:17-cv-06477-VC-DMR <br><br> **JOINT STATUS REPORT AND STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR CLASS CERTIFICATION MOTION** |

**Error! Unknown document property**

1    Plaintiffs Charles Tillage and Joseph Loomis (together, "Plaintiffs") and Defendants

2  Comcast Corporation and Comcast Cable Communications, LLC (together, "Comcast"), by and

3  through their undersigned counsel, respectfully submit this joint status report and stipulated

4  request to modify the current schedule for the upcoming motion for class certification.  As

5  explained further below, the proposed modification—which would continue the briefing and

6  hearing schedule by approximately four  (4) months—is necessitated by the fact that discovery is

7  taking longer than anticipated, including because of business disruptions associated with the

8  COVID-19 pandemic and the extent of the parties' considerable discovery meet and confer

9  efforts:

10    WHEREAS, on February 15, 2018, the Court denied Comcast's motion to compel

11  arbitration of Plaintiffs' claims (Dkt. 37) (the "Arbitration Order");

12    WHEREAS, on February 21, 2018, Comcast filed a notice of appeal of the Arbitration

13  Order (Dkt. 41);

14    WHEREAS, on March 13, 2018, the Court granted Comcast's motion to stay this case

15  pending Comcast's appeal of the Arbitration Order, except that the Court permitted limited

16  discovery relevant to the arbitration of the individual plaintiffs' cases (Dkt. 51);

17    WHEREAS, the parties engaged in limited discovery consistent with the Court's stay

18  order;

19    WHEREAS, on June 28, 2019, the Ninth Circuit affirmed this Court's Arbitration Order

20  (Dkt. 80);

21    WHEREAS, on August 9, 2019, Comcast filed a petition for rehearing en banc in the

22  Ninth Circuit;

23    WHEREAS, at Plaintiffs' request, the Court held a Further Case Management Conference

24  in this case on November 13, 2019, in connection with which, *inter alia*, the parties agreed that

25  the Court's stay order would remain in place while Comcast's en banc petition was pending, the

26  parties addressed the amount of time expected to be needed for discovery prior to the class

27  certification motion, and the Court ordered as follows:  "If the [en banc] petition is denied, the

28  stay will automatically be lifted and discovery will proceed. Additionally, the plaintiff's motion

for class certification would be due within 8 months of the stay being lifted. Defendant's response is due 42 days after the motion is filed. The reply is due 42 days after the response is filed. The hearing should be noticed upon the time of filing the motion for a date 3 weeks after the reply brief would be due."  (Dkt. 84, 85, 89);

WHEREAS, on January 17, 2020, the Ninth Circuit denied Comcast's en banc petition;

WHEREAS, pursuant to the Court's November 13, 2019 order (Dkt. 89), discovery was open effective January 17, 2020 (*i.e.*, with the denial of Comcast's en banc petition) and the current briefing and hearing schedule for the class certification motion is as follows:

| Event | Deadline |
|-------|----------|
| Plaintiffs' motion for class certification | September 17, 2020 |
| Comcast's opposition to class certification | October 29, 2020 |
| Plaintiffs' reply in support of class certification | December 10, 2020 |
| Hearing on motion for class certification | December 31, 2020 |

WHEREAS, since the time the stay was lifted, the parties have been actively engaged in discovery.  To summarize:

- Plaintiffs drafted 62 document requests which they served on Comcast on February 18, 2020.

- Given, *inter alia*, significant business disruptions associated with the COVID-19 pandemic, Comcast requested and Plaintiffs agreed to an extension of 30 days for Comcast to serve written responses and objections (which otherwise would have been due in mid-late March).

- Comcast served written responses and objections to Plaintiffs' document requests on April 23, 2020.

- In the period leading up to, and then continuing after, Comcast's serving its written responses and objections, counsel for the parties have engaged in a series of regular  telephonic meet and confer sessions (approximately bi-weekly, the most

1   recent of which occurred on June 26, 2020 and the next of which is scheduled for

2   July 9, 2020) regarding Plaintiffs' requests and Comcast's objections, the nature

3   and scope of Comcast's search for documents, and other related matters, pursuant

4   to which efforts the parties have been able to reach agreement on most of the

5   requests and initial areas of dispute, without the need for Court intervention.

6   • The parties also negotiated a proposed order governing the production of

7   electronically-stored information, which was entered by Magistrate Judge Ryu on

8   April 1, 2020. (Dkt. 98, 101.)

9   • Comcast has begun collecting responsive documents consistent with its responses

10   and objections and with the parties' agreements, though those efforts have been

11   delayed to some degree as a result of the COVID-19 pandemic.

12   WHEREAS, despite the parties' diligence and best efforts, discovery is taking longer than

13   had been anticipated—including because of business disruptions related to the COVID-19

14   pandemic, which among other things has required Comcast personnel to focus on other urgent

15   matters, and because of the extent of the parties' meet and confer efforts—and the parties

16   therefore agree that additional time is needed to conduct discovery in advance of the filing of

17   Plaintiffs' motion for class certification, and that a corresponding adjustment to the existing class

18   certification briefing and hearing schedule is needed;

19   WHEREAS, on June 1, 2020, the United States Supreme Court denied Comcast's petition

20   for a writ of certiorari regarding the Arbitration Order, and on June 3, 2020, the mandate issued

21   (Dkt. 102, 103);

22   WHEREAS, the parties have agreed on a proposed revised briefing and hearing schedule

23   for the class certification motion, subject to Court approval, that would adjust the briefing

24   deadlines and hearing by approximately four (4) months, and have also agreed on certain interim

25   discovery deadlines associated with that proposed schedule;

26   WHEREAS, as discovery and the case proceed, the parties will meet and confer regarding

27   scheduling of any dispositive motions, including any motions pursuant to Federal Rules of Civil

28   Procedure 12(c) and 56, and will present any such motions on a schedule consistent with the

1    modified schedule presented below.

2          THEREFORE, Plaintiffs and Comcast, by and through their undersigned counsel, hereby

3    stipulate and respectfully request that the Court modify the existing schedule as follows:

4

| Event | Deadline |
|---|---|
| Comcast to file Answer | July 17, 2020 |
| Comcast's substantial completion of agreed document production in response to Plaintiffs' Amended First Set of Requests for Production of Documents[1] | July 31, 2020 |
| Fact witness depositions for class certification motion to be completed | November 20, 2020 |
| Plaintiffs to serve any expert declarations in support of their motion for class certification | December 10, 2020 |
| Plaintiffs' motion for class certification | January 14, 2021 |
| Depositions of Plaintiffs' expert(s) in support of class certification to be completed | January 28, 2021 |
| Comcast to serve any expert declarations in opposition to Plaintiffs' motion for class certification | February 11, 2021 |
| Comcast's opposition to class certification | March 4, 2021 |
| Depositions of Comcast's expert(s) in opposition to class certification to be completed | March 18, 2021 |
| Plaintiffs' reply in support of class certification | April 15, 2021 |
| Hearing on motion for class certification | May 6, 2021, 10:00 a.m. |

[1] This excludes certain requests and portions of requests as to which the parties continue to have outstanding disagreements as of this filing.  Those documents, if they are to be produced, may be produced on separate track(s).

1    IT IS SO STIPULATED.

2    Dated: June 26,  2020                    Respectfully submitted,

3                                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

4

5                                            By: */s/ Roger N. Heller*
                                                 Roger N. Heller
6                                                Michael W. Sobol (SBN 194857)
                                                 Roger N. Heller (SBN 215348)
7                                                LIEFF CABRASER HEIMANN &
                                                 BERNSTEIN, LLP
8                                                275 Battery Street, 29th Floor
                                                 San Francisco, CA  94111-3339
9                                                Telephone:  415.956.1000
                                                 Facsimile:  415.956.1008
10                                               Emails:     msobol@lchb.com
                                                             rheller@lchb.com
11
                                                 Daniel M. Hattis (SBN 232141)
12                                               Paul Karl Lukacs (SBN 197007)
                                                 HATTIS & LUKACS
13                                               400 108th Ave. NE, Suite 500
                                                 Bellevue, WA  98004
14                                               Telephone:  (425) 233-8650
                                                 Facsimile:  (425) 412-7171
15                                               Email:  dan@hattislaw.com
                                                 Email:  pkl@hattislaw.com
16
                                                 *Attorneys for Plaintiff*
17                                               CHARLES TILLAGE and JOSEPH LOOMIS

18

19

20

21

22

23

24

25

26

27

28

1999810.5                                    - 6 -        JOINT STATUS REPORT AND STIPULATED
                                                          REQUEST AND [PROPOSED] ORDER
                                                          CASE NO. 3:17-CV-06477-VC-DMR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AKIN GUMP STRAUSS HAUER & FELD LLP


By:  */s/ Michael J. Stortz*
　　Michael J. Stortz

Michael J. Stortz (SBN 139386)
Marshall L. Baker (SBN 300987)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:  415.765.9500
Facsimile:  415.765.9501
Email: mstortz@akingump.com
Email:  mbaker@akingump.com

Seamus C. Duffy (*pro hac vice*)
Julie A. Busta (*pro hac vice*)
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
Telephone: 215.965.1200
Facsimile: 215.965.1210
Email: sduffy@akingump.com
Email:  jbusta@akingump.com

*Attorneys for Defendants,*
COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS, LLC

1

2

3

4

5                                    **[PROPOSED] ORDER**

6

7              PURSUANT TO STIPULATION, IT IS SO ORDERED.

8    Date:    July6, 2020

9                                              _____
                                               Hon. Vince Chhabria
10                                             United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28