| | |
|---|---|
| Michael W. Sobol (SBN 194857) | Michael J. Stortz (SBN 139386) |
| Roger N. Heller (SBN 215348) | Marshall L. Baker (SBN 300987) |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 275 Battery Street, 29th Floor | 580 California Street, Suite 1500 |
| San Francisco, CA  94111-3339 | San Francisco, CA 94104-1036 |
| Telephone: 415.956.1000 | Email: mstortz@akingump.com |
| Facsimile: 415.956.1008 | Email: mbaker@akingump.com |
| Email:   msobol@lchb.com | Telephone: 415.765.9500 |
| Email    rheller@lchb.com | Facsimile: 415.765.9501 |
| | |
| Daniel M. Hattis (SBN 232141) | Seamus C. Duffy (*pro hac vice*) |
| Paul Karl Lukacs (SBN 197007) | Julie A. Busta (*pro hac vice*) |
| HATTIS & LUKACS | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 400 108th Ave. NE, Suite 500 | |
| Bellevue, WA  98004 | Two Commerce Square |
| Telephone:  (425) 233-8650 | 2001 Market Street, Suite 4100 |
| Facsimile:  (425) 412-7171 | Philadelphia, PA 19103-7013 |
| Email: dan@hattislaw.com | Email: sduffy@akingump.com |
| Email: pkl@hattislaw.com | Email: jbusta@akingump.com |
| | Telephone: 215.965.1200 |
| *Attorneys for Plaintiffs* | Facsimile: 215.965.1210 |
| CHARLES TILLAGE and JOSEPH LOOMIS | |
| | *Attorneys for Defendants* |
| | COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES TILLAGE and JOSEPH LOOMIS, Individually, As Private Attorneys General, and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION; and COMCAST CABLE COMMUNICATIONS, LLC, and DOES 1-20, inclusive<br><br>Defendants. | Case No.  3:17-cv-06477-VC-DMR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULE** |

Plaintiffs Charles Tillage and Joseph Loomis (together, "Plaintiffs") and Defendants Comcast Corporation and Comcast Cable Communications, LLC (together, "Comcast"), by and through their undersigned counsel, respectfully submit this stipulation and proposed order requesting that the existing schedule and deadlines in this case be continued by approximately four (4) weeks, due to inadvertent delays in Comcast's production of documents, as follows:

WHEREAS, on July 6, 2020, at the joint request of the parties, the Court entered an Order modifying and establishing the current case schedule up to and including the hearing on Plaintiffs' motion for class certification (Dkt. 105 "July 6 Scheduling Order");

WHEREAS, in requesting the July 6 Scheduling Order, which modified the then-existing case schedule, the parties explained that they have been hard at work on discovery issues, but that discovery was taking longer than had been anticipated, including due to delays associated with the COVID-19 virus (Dkt. 104);

WHEREAS, under the July 6 Scheduling Order, Comcast's deadline to substantially complete its production of documents in response to Plaintiffs' Amended First Set of Requests for Production of Documents was July 31, 2020, and the remaining dates in the July 6, 2020 Scheduling Order followed the July 31, 2020 date (Dkt. 105);

WHEREAS, although Comcast made a production of documents on July 31, 2020, Comcast has experienced unexpected delays in producing documents, including due to an inadvertent processing error by its document review vendor, and as a result, Comcast's substantial completion of its document production (including a significant portion of Comcast's document production) will not occur until August 31, 2020;

WHEREAS, the parties have been engaged in further discovery as well, including:

- On June 23, Comcast served its First Requests for Production of Documents on Plaintiffs. On July 23, 2020, Plaintiffs served written responses to Comcast's First Requests for Production of Documents. On August 17, 2020, Plaintiffs made a production of documents in response to Comcast's requests. The parties are meeting and conferring about Plaintiffs' production; and

- 2 -

STIPULATION AND [PROPOSED] ORDER
MODIFYING SCHEDULE
CASE NO. 3:17-CV-06477-VC-DMR

- On July 24, 2020, Plaintiffs served a second wave of discovery requests including further document requests, interrogatories and requests for admission.

WHEREAS, due to the unexpected production delays, and to ensure there is sufficient time for the parties to substantially complete the appropriate discovery (including sufficient time with the documents before depositions), serve class certification expert declarations, and prepare class certification papers, the parties have agreed, subject to Court approval, to continue the existing case schedule and deadlines by approximately four (4) weeks.

THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel, and subject to the Court's approval, that the existing case schedule and deadlines are hereby modified as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Comcast's substantial completion of agreed document production in response to Plaintiffs' Amended First Set of Requests for Production of Documents[1] | July 31, 2020 | August 31, 2020 |
| Fact witness depositions for class certification motion to be completed | November 20, 2020 | December 18, 2020 |
| Plaintiffs to serve any expert declarations in support of their motion for class certification | December 10, 2020 | January 7, 2021 |
| Plaintiffs' motion for class certification | January 14, 2021 | February 11, 2021 |
| Depositions of Plaintiffs' expert(s) in support of class certification to be completed | January 28, 2021 | February 25, 2021 |
| Comcast to serve any expert declarations in opposition to Plaintiffs' motion for class certification | February 11, 2021 | March 11, 2021 |

---

[1] This excludes certain requests and portions of requests as to which the parties continue to have outstanding disagreements as of this filing. Those documents, if they are to be produced, may be produced on separate track(s).

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Comcast's opposition to class certification | March 4, 2021 | April 1, 2021 |
| Depositions of Comcast's expert(s) in opposition to class certification to be completed | March 18, 2021 | April 15, 2021 |
| Plaintiffs' reply in support of class certification | April 15, 2021 | May 13, 2021 |
| Hearing on motion for class certification | May 6, 2021, 10:00 a.m. | June 3, 2021, 10:00 a.m. |

IT IS SO STIPULATED.

Dated: August 18, 2020

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Roger N. Heller*
    Roger N. Heller
    Michael W. Sobol (SBN 194857)
    Roger N. Heller (SBN 215348)
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA  94111-3339
    Telephone:  415.956.1000
    Facsimile:  415.956.1008
    Emails:    msobol@lchb.com
                   rheller@lchb.com

    Daniel M. Hattis (SBN 232141)
    Paul Karl Lukacs (SBN 197007)
    HATTIS & LUKACS
    400 108th Ave. NE, Suite 500
    Bellevue, WA  98004
    Telephone:  (425) 233-8650
    Facsimile:  (425) 412-7171
    Email:  dan@hattislaw.com
    Email:  pkl@hattislaw.com

    *Attorneys for Plaintiff*
    CHARLES TILLAGE and JOSEPH LOOMIS

AKIN GUMP STRAUSS HAUER & FELD LLP


By: */s/ Michael J. Stortz*
    Michael J. Stortz

    Michael J. Stortz (SBN 139386)
    Marshall L. Baker (SBN 300987)
    580 California Street, Suite 1500
    San Francisco, CA 94104
    Telephone:  415.765.9500
    Facsimile:  415.765.9501
    Email: mstortz@akingump.com
    Email:  mbaker@akingump.com

    Seamus C. Duffy (*pro hac vice*)
    Julie A. Busta *(pro hac vice)*
    Two Commerce Square
    2001 Market Street, Suite 4100
    Philadelphia, PA 19103-7013
    Telephone: 215.965.1200
    Facsimile: 215.965.1210
    Email: sduffy@akingump.com
    Email:  jbusta@akingump.com

    *Attorneys for Defendants*,
    COMCAST CORPORATION and
    COMCAST CABLE COMMUNICATIONS, LLC

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  _August 20, 2020_____

    Hon. Vince Chhabria
    United States District Judge

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated:  August 18, 2020        */s/ Roger N. Heller*
                              Roger N. Heller