| | |
|---|---|
| Michael W. Sobol (SBN 194857) | Michael J. Stortz (SBN 139386) |
| Roger N. Heller (SBN 215348) | Marshall L. Baker (SBN 300987) |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 275 Battery Street, 29th Floor | 580 California Street, Suite 1500 |
| San Francisco, CA 94111-3339 | San Francisco, CA 94104-1036 |
| Telephone: 415.956.1000 | Email: mstortz@akingump.com |
| Facsimile: 415.956.1008 | Email: mbaker@akingump.com |
| Email: msobol@lchb.com | Telephone: 415.765.9500 |
| Email: rheller@lchb.com | Facsimile: 415.765.9501 |

Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
HATTIS & LUKACS
400 108th Ave. NE, Suite 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
Email: pkl@hattislaw.com

*Attorneys for Plaintiffs*
CHARLES TILLAGE and JOSEPH LOOMIS

Seamus C. Duffy (*pro hac vice*)
Julie A. Busta (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
Email: sduffy@akingump.com
Email: jbusta@akingump.com
Telephone: 215.965.1200
Facsimile: 215.965.1210

*Attorneys for Defendants*
COMCAST CORPORATION and
COMCAST CABLE
COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES TILLAGE and JOSEPH LOOMIS, Individually, As Private Attorneys General, and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION; and COMCAST CABLE COMMUNICATIONS, LLC, and DOES 1-20, inclusive<br><br>Defendants. | Case No. 3:17-cv-06477-VC-DMR<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER MODIFYING SCHEDULE** |

1    Plaintiffs Charles Tillage and Joseph Loomis (together, "Plaintiffs") and Defendants
2    Comcast Corporation and Comcast Cable Communications, LLC (together, "Comcast"), by and
3    through their undersigned counsel, respectfully submit this stipulation and proposed order
4    requesting that the existing schedule and deadlines in this case be continued by approximately
5    forty-five (45) days.  As explained further below, the parties have been working diligently over
6    the past months to complete the discovery needed to brief class certification and for related expert
7    submissions.  Completing that discovery, however, is taking somewhat longer than the parties had
8    anticipated, including due to certain delays associated with the COVID-19 virus, necessitating the
9    additional time requested.

10   WHEREAS, on July 6, 2020, at the joint request of the parties, the Court entered an Order
11   establishing a modified case schedule up to and including the hearing on Plaintiffs' motion for
12   class certification (Dkt. 105);

13   WHEREAS, on August 20, 2020, at the joint request of the parties due to inadvertent
14   document production delays by Comcast, the Court entered an Order further modifying the case
15   schedule through class certification, extending the then-existing deadlines by approximately four
16   (4) weeks and establishing the current schedule (Dkt. 114; "August 20 Scheduling Order").

17   WHEREAS, under the August 20 Scheduling Order, the deadline for the parties to
18   complete fact witness depositions for class certification is currently December 18, 2020, and the
19   remaining dates in the August 20 Scheduling Order follow that December 18, 2020 date (Dkt.
20   114);

21   WHEREAS, the parties have been working diligently over the past months to conduct the
22   discovery needed to brief class certification and for related expert submissions.  Those efforts
23   have included, *inter alia*:

24   • Propounding and responding to multiple sets of written discovery requests, including requests
25     for production, interrogatories, and requests for admission.
26   • Ongoing production and review of tens of thousands of pages of documents produced in
27     response to the written discovery requests.
28   • Regular (approximately bi-weekly, and sometimes more frequent) meet and confer

teleconferences among counsel to resolve issues and disputes informally and without the need for Court intervention.

- Depositions of three Comcast employee witnesses and depositions of the two named plaintiffs.

WHEREAS, two to three additional Comcast employee witness depositions pursuant to Fed. R. Civ. P. 30(b)(1) are anticipated to be  scheduled to occur in January, and certain further document and customer data productions related to class certification and the expert submissions which have been the subject of ongoing meet and confer between the parties, are anticipated to be completed by January 21, 2021;

WHEREAS, despite the parties' diligent efforts, completing the discovery needed for class certification and the related expert submissions is taking somewhat longer than the parties anticipated when they submitted their prior proposed schedule, including due to delays related to the COVID-19 virus.  As a result, and in light of the intervening holiday season, the parties respectfully submit that an extension of approximately forty-five (45) days to the existing deadlines and schedule is reasonable and necessary, and have agreed to such extension subject to Court approval;

WHEREAS, as discovery and the case proceed, the parties will meet and confer regarding the scheduling of any dispositive motions, including any motions pursuant to Federal Rules of Civil Procedure 12(c) and 56;

THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel, and subject to the Court's approval, that the existing case schedule and deadlines are hereby modified as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Fact witness depositions for class certification motion to be completed | December 18, 2020 | January 21, 2021 |
| Plaintiffs to serve any expert declarations in support of their motion for class certification | January 7, 2021 | February 23, 2021 |
| Plaintiffs' motion for class | February 11, 2021 | ~~April 1~~ March 25, 2021 |

| | | |
|---|---|---|
| certification | | |
| Depositions of Plaintiffs' expert(s) in support of class certification to be completed | February 25, 2021 | April 15, 2021 |
| Comcast to serve any expert declarations in opposition to Plaintiffs' motion for class certification | March 11, 2021 | April 29, 2021 |
| Comcast's opposition to class certification | April 1, 2021 | May ~~20~~ 13, 2021 |
| Depositions of Comcast's expert(s) in opposition to class certification to be completed | April 15, 2021 | June 3, 2021 |
| Plaintiffs' reply in support of class certification | May 13, 2021 | ~~July 1~~ June 24, 2021 |
| Hearing on motion for class certification | June 3, 2021, 10:00 a.m. | July ~~22~~, 15 2021, 10:00 a.m. |

IT IS SO STIPULATED.

Dated: December 18, 2020

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Roger N. Heller*
    Roger N. Heller
    Michael W. Sobol (SBN 194857)
    Roger N. Heller (SBN 215348)
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA  94111-3339
    Telephone:  415.956.1000
    Facsimile:  415.956.1008
    Emails:   msobol@lchb.com
                rheller@lchb.com

    Daniel M. Hattis (SBN 232141)
    Paul Karl Lukacs (SBN 197007)
    HATTIS & LUKACS
    400 108th Ave. NE, Suite 500
    Bellevue, WA  98004
    Telephone:  (425) 233-8650
    Facsimile:  (425) 412-7171
    Email:  dan@hattislaw.com
    Email:  pkl@hattislaw.com

*Attorneys for Plaintiff*
CHARLES TILLAGE and JOSEPH LOOMIS

AKIN GUMP STRAUSS HAUER & FELD LLP


By: */s/ Michael J. Stortz*
    Michael J. Stortz

Michael J. Stortz (SBN 139386)
Marshall L. Baker (SBN 300987)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:  415.765.9500
Facsimile:  415.765.9501
Email: mstortz@akingump.com
Email:  mbaker@akingump.com

Seamus C. Duffy (*pro hac vice*)
Julie A. Busta *(pro hac vice)*
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
Telephone: 215.965.1200
Facsimile: 215.965.1210
Email: sduffy@akingump.com
Email:  jbusta@akingump.com

*Attorneys for Defendants*,
COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS, LLC

## [PROPOSED] ORDER

PURSUANT TO STIPULATION AS MODIFIED, IT IS SO ORDERED.

Date:  ___December 23, 2020_____　　　　_____
                                                   Hon. Vince Chhabria
                                                 United States District Judge

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: December 18, 2020    */s/ Roger N. Heller*

                                          Roger N. Heller

2093413.5