UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHARLES E. TILLAGE; JOSEPH M. LOOMIS,

        Plaintiffs-Petitioners,

  v.

COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC,

        Defendants-Respondents.

No. 21-80090

D.C. No. 3:17-cv-06477-VC
Northern District of California,
San Francisco

ORDER

Before:  IKUTA and OWENS, Circuit Judges.

Petitioners' motion for leave to file a reply (Docket Entry No. 7) is granted. The reply has been filed.

Petitioners' motion to file certain documents under seal (Docket Entry No. 2-1) is granted in part.  *See* 9th Cir. R. 27-13.  The motion is granted solely as to the specified pages of the two exhibits identified by respondents in their response in support of the sealing motion:  pages A69-72 and A74 (Exhibit 6); and page A208 (Exhibit 19) filed in support of the petition.

The Clerk will maintain the following documents under seal:  the unredacted petition and supporting exhibits (Docket Entry Nos. 2-3 and 2-4); and the unredacted exhibits in support of the response to the motion to seal (Docket Entry Nos. 5-3 and 5-4).

LCC/MOATT

The Clerk will file publicly the motion to seal and the supporting response (Docket Entry Nos. 2-1, 2-2, 5-1, 5-2, and 5-5).

Within 21 days after the date of this order, petitioners shall re-submit for public filing the petition and a redacted version of the supporting exhibits consistent with this order.

The court, in its discretion, denies the petition for permission to appeal the district court's July 16, 2021 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (stating standard).