| | |
|---|---|
| 1  Michael W. Sobol (SBN 194857)<br>Roger N. Heller (SBN 215348)<br>2  LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>3  275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>4  Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br>5  Email: msobol@lchb.com<br>Email: rheller@lchb.com | Michael J. Stortz (SBN 139386)<br>Marshall L. Baker (SBN 300987)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104-1036<br>Telephone: 415.765.9500<br>Facsimile: 415.765.9501<br>Email: mstortz@akingump.com<br>Email: mbaker@akingump.com |

7  Daniel M. Hattis (SBN 232141)    Seamus C. Duffy (*pro hac vice*)
   Paul Karl Lukacs (SBN 197007)    Julie A. Busta (*pro hac vice*)
8  HATTIS & LUKACS                  AKIN GUMP STRAUSS HAUER & FELD LLP
   400 108th Ave. NE, Suite 500     1735 Market Street
9  Bellevue, WA 98004               12th Floor
   Telephone: (425) 233-8650        Philadelphia, PA 19103
10 Facsimile: (425) 412-7171        Telephone: 215.965.1200
   Email: dan@hattislaw.com         Facsimile: 215.965.1210
11 Email: pkl@hattislaw.com         Email: sduffy@akingump.com
                                    Email: jbusta@akingump.com

12 Attorneys for Plaintiffs         Attorneys for Defendants
   CHARLES TILLAGE and              COMCAST CORPORATION and
13 JOSEPH LOOMIS                    COMCAST CABLE COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES TILLAGE and<br>JOSEPH LOOMIS,<br>Individually, As Private Attorneys General,<br>and On Behalf of All Others Similarly<br>Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION; and<br>COMCAST CABLE<br>COMMUNICATIONS, LLC, and<br>DOES 1-20, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-06477-VC-DMR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Charles Tillage and Joseph Loomis ("Plaintiffs") and Defendants Comcast Corporation and Comcast Cable Communications, LLC, hereby stipulate to the dismissal of the above-captioned action with prejudice as to Plaintiffs' individual claims. Such dismissal shall be without prejudice as to, and shall not resolve or release, the claims of putative class members. Each party shall bear its own attorneys' fees and costs.

Dated: February 16, 2022

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: /s/ Roger N. Heller
Roger N. Heller

Attorneys for Plaintiffs
CHARLES TILLAGE and JOSEPH LOOMIS

Dated: February 16, 2022

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ Seamus C. Duffy
Seamus C. Duffy

Attorneys for Defendants
COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS, LLC

### ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: February 16, 2022

/s/ Roger N. Heller
Roger N. Heller

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**. The Clerk of the Court is directed to close the case.

Dated: February 18, 2022

HONORABLE VINCE CHHABRIA
U.S. DISTRICT COURT JUDGE